2vdsmrei (9/2011)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

10/7/14

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re:  Anthony D. Cloyd and Kimberly K. Cloyd )
      BELOW MED )
      Debtor ) Case No.: 12−61480−abf13
       ) Chapter: 13
       )

### Order Vacating the Dismissal and Reinstating the Case

Order of the Court Vacating the Dismissal and reinstating the case for debtor(s) **Anthony D. Cloyd and Kimberly K. Cloyd** .

The Clerk is directed to reschedule the First Meeting of Creditors, if needed, and all applicable deadlines. If less than thirty days remain, or if the deadline to file complaints, motions, or proof of claims pursuant to Fed. R. Bankr. P. 4004(a), 4004(c), 1017(e), and 3002(c) expired on or after the date the case was dismissed, **the applicable deadline is extended to thirty days from the date of this Order.**

It is so ORDERED on 10/7/14 .

Dated: 10/7/14

/s/  Arthur B. Federman

UNITED STATES BANKRUPTCY JUDGE